## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | |
| INFORMATION ASSOCIATED WITH THE | : | MAGISTRATE NO. 20-mj-29 |
| ACCOUNT "coreypowell78@gmail.com" | : | |
| THAT IS STORED AT PREMISES | : | **UNDER SEAL** |
| CONTROLLED BY GOOGLE, INC. | : | |

### ORDER

Considering the foregoing United States' Motion to Unseal Search Warrant;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk of Court for the Middle District of Louisiana shall **UNSEAL** the record containing the Search Warrant, Search Warrant Application, Sealing Order, and accompanying papers in the above-captioned matter.

Signed in Baton Rouge, Louisiana, on November 16, 2020.

*[Signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**